IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GEORGE RAYMOND JOHNSTON, III,

    Plaintiff,

v.                                            CASE NO. 4:11-cv-00021-MP -WCS

BALDRIDGE, BOZEMAN, BENITO EDOUARD, FLORIDA DEPARTMENT OF
CORRECTIONS, WALTER MCNEIL, GLENN E YOUNG,

    Defendants.

_____/

## **O R D E R**

This matter is before the Court on Doc. 12, Report and Recommendation of the Magistrate Judge, which recommends that Plaintiff's motions for injunctive relief, Docs. 2 and 8, be denied and this case be remanded for further proceedings. The Magistrate Judge concluded that the motions for a preliminary injunction "must be denied as Plaintiff has not demonstrated a substantial likelihood of success on the merits." Doc. 12 at 3. Plaintiff has not objected to the recommendation, and the time for doing so has passed. Finding no plain error, it is accordingly

    **ORDERED AND ADJUDGED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 12, is ADOPTED and incorporated herein.

2. The Motion for Emergency Injunction, Doc. 2, and Motion for Emergency Temporary Injunction, Doc. 8, are DENIED.

    **DONE AND ORDERED** this ___17th___ day of March, 2011

                    *s/Maurice M. Paul*

                  Maurice M. Paul, Senior District Judge